RODOMA, INC., ET AL. *v.* UNITED STATES

No. 6570.—Invoices dated London, England, January 1, 1942, etc.
Certified January 2, 1942, etc.
Entered at New York, N. Y., February 20, 1942, etc.
Entry No. 739395, etc.

(Decided December 4, 1946)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

NATHAN NEWMAN ET AL. *v.* UNITED STATES

No. 6571.—Invoices dated Sheffield, England, November 22, 1945, etc.
Certified November 26, 1945, etc.
Entered at New York, N. Y., March 18, 1946, etc.
Entry No. 744624, etc.

(Decided December 4, 1946)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.